NUMBER 13-06-255-CV

 

                             COURT OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG  

 

 

EX PARTE: DR. MICHAEL R. KILGORE

 

 

On Petition for Habeas Corpus and 

Motion for Emergency Temporary
Relief

 

 

                               MEMORANDUM
OPINION

 

                         Before
Justices Hinojosa, Yañez, and Garza

                                 Memorandum
Opinion Per Curiam

 








On
May 15, 2006, relator, Dr. Michael R. Kilgore filed a petition for writ of
habeas corpus with this Court in which he alleges that on May 10, 2006, the
respondent, the Honorable Juan Ramon Partida, Presiding Judge of the 275th
Judicial District Court, of Hidalgo County, Texas, abused his discretion by
entering an order granting real party in interest=s
motion to enforce or in the alternative, motion to reconsider.  Relator=s petition for writ of habeas corpus asks this Court
to order the respondent to set aside the trial court=s order of contempt entered May 10, 2006.  In addition, relator filed an emergency
motion for stay, asking this Court to order a stay of the trial court=s order of contempt, and for all other and further
relief.  

This
Court stayed all proceedings in the underlying action and requested a response
from the real party in interest, Barbara Watson Kilgore .  The real party in interest filed her response
to the petition for writ of habeas corpus on May 25, 2006.  

Having
examined and fully considered the petition for writ of habeas corpus and  real party in interest=s response, this Court denies the petition and lifts
the stay granted on relator=s emergency motion. 
The petition for writ of habeas corpus is hereby DENIED.  See Tex.
R. App. P. 52.8(a).

 

PER CURIAM

 

Memorandum
Opinion delivered and 

filed this the
26th day of May, 2006.